UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND, ET AL.,

Plaintiff,

v.

L & K LANDSCAPING, INC.,

Defendant.

Case No. 00-2418 DWF/AJB

**AMENDED**
NOTICE OF PRETRIAL CONFERENCE

---

You are hereby given notice that the Rule 16 pretrial conference in the above referenced case currently scheduled before the undersigned Magistrate Judge on January 17, 2001 at 1:30.m., has been moved to **2:30 p.m. on January 17, 2001.**

Dated: 1/8/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed JAN 08 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________