UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

L & K LANDSCAPING, INC.,

Defendant.

Civil File No.: 00-2418 DWF/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiffs and the Defendant in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: 3/23, 2001

MGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela H. Nissen
Atty Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

Attorneys for Plaintiffs

MAR 29 2001
FILED
FRANCIS E. DOSAL CLERK

Dated: 3/28, 2001

LAW OFFICES OF MARTIN L. GARDEN

By [signature]
Tom Ascher, Esq.
Atty Reg. No. 218145
2520 Centre Village
431 South Seventh Street
Minneapolis, MN 55415

Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Date: March 29, 2001

Donovan W. Frank
Judge of District Court